IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FREDRICK JAMES HALLOWELL, JR.,

      Plaintiff,

v.                                      CIV No. 14-675 JCH/CG

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on June 22, 2015. (Doc. 33). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion for Reversal and Remand for Further Proceedings,* with *Plaintiff's Brief in Support of Motion for Remand and Reversal for Further Proceedings*, (Docs. 26 & 27), be granted and that this case be remanded to **the Commissioner for further proceedings consistent with the PFRD. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 33 at 12).** No objections have been filed and the deadline of July 9, 2015 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

      **IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Reversal and Remand for Further Proceedings,* with *Plaintiff's Brief in Support of Motion for Remand and Reversal for Further Proceedings*, (Docs. 26 & 27) be **GRANTED** and that this case be **REMANDED** to the Commissioner for further proceedings.

                                                        THE HONORABLE JUDITH C. HERRERA
                                                        UNITED STATES DISTRICT JUDGE